IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY L. HAMILTON
Reg #12422-017                                              PLAINTIFF

v.                    No. 2:17-cv-22-DPM-JTK

USA; and K. BRISTER, Officer,
Individually and in official capacities                     DEFENDANTS

## ORDER

1. On *de novo* review, the Court adopts the recommendation, № 39, and overrules Hamilton's objections, № 48. FED. R. CIV. P. 72(b)(3). Contrary to what his objection says, Hamilton did request money damages in his complaint. № 2 at 12. Further, the statute required Hamilton to present his claim to the Bureau — not his Senator — and have it finally denied in writing before bringing suit. 28 U.S.C. § 2675(a); № 48 at 7–8. It doesn't appear that happened here. Finally, Hamilton's 1 November 2017 submission doesn't save his FTCA claim. № 48 at 9–10. Hamilton had to present his claim *before* filing this lawsuit in February, not after. 28 U.S.C. § 2675(a).

2. The United States' motion to dismiss, № 32, is granted. Hamilton's FTCA claim is dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 December 2017