Tony L. Hamilton
Reg. No. 12422-017
Forrest City-Low
P.O. BOX 9000-LOW
Forrest City, AR 72336-9000

Date: 10 March, 2018

TO:
Mrs. Jamie Goss-Dempsey
Asst. United States Attorney
P.O. BOX 1229
Little Rock, AR 72203-1229

Mr. Vandell Bland, Sr.
Bland Law Office
P.O. BOX 2672
Forrest City, AR 72336-2672

RE: PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS.

Dear Sir and Ma'am,

    I am writing you a "SECOND REQUEST FOR PRODUCTION OF DOCUMENTS" today in hopes that I may obtain the information requested as soon as possible. I have made only a few minor changes to this request from the original. The primary change includes where to send the discovery after 15 April, 2018 as I will be released to a Half-Way House in Florida soon after that time.

    If you do not plan to produce discovery then please let me know as soon as possible so I can request a subpoena for the information directly from the Court. I pray we do not have to go to that extreme in this case.

    I feel that after 90 days of waiting that we are now cutting it very close to the limit of our discovery window (April 11, 2018). I am not an unreasonable person to deal with when people try to work with me.

    If there is anything I can do to help expedite this request then please feel free to let me know and I will help in any way possible.

    Thanks for your help in regard this unfortunate situation.

Tony L. Hamilton

*/s/ Tony L. Hamilton*

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TONY L. HAMILTON,**
**Plaintiff,**

v.                                              Case No: 2:17-CV-00022-DPM/JTK

**UNITED STATES OF AMERICA,**
**OFFICER K. BRISTER,**
**Defendant[s], Individually**
**and in their Official Capacity.**

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Comes Now, Plaintiff, Tony L. Hamilton, *Pro Se*, and files his **PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**, with respect to the above styled case.

Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that the Defendant[s] produce the documents to Plaintiff addressed as follows: Tony L. Hamilton, Reg. No. 12422-017, FORREST CITY-LOW, P.O. BOX 9000, Forrest City, AR. 72336-9000 *(or) if mailed later then 15 April, 2018,* Tony L. Hamilton, 5619 Aenon Church Trail, Tallahassee, FL 32304.

Please note that the term "document" is defined broadly in Federal Rule of Civil Procedure 34 (a)(1) and includes but is not limited to, regulations, SOPs, memoranda, correspondence, and e-mails.

### INSTRUCTIONS

1. Answer each request for documents separately by listing the documents and by describing them as defined below. If documents are numbered for production, in each response provide both the information that identifies the document and the document's number.

2. For each document or other requested information that Defendants assert is privileged or is not discoverable, identify that document or other requested information, State the specific grounds for the claim of privilege or other ground for exclusion.

3. For each document Defendants claim is not discoverable, state the information required by the definition of "documents" below, and in addition state (a) the author's name, job title and address; (b) the recipient's name, job title and address; (c) the name and job title of all persons to whom it was circulated or who saw it; (d) the name, job title, and address of the person now in possession of the document; and (e) the documents present location.

4. For a document that no longer exists or that cannot be located, identify the document, state how and when it passed out of existence, or when it could no longer be located, and the reason for the disappearance. Also, identify each person having knowledge about the disposition or loss of the document, and identify any other document evidencing the lost document's existence or any facts about the lost document.

## DEFINITIONS

The following definitions shall have the following meanings, unless the context requires otherwise:

1. **Person.** The term "person" is defined as any natural person or any business, legal or governmental entity, or association.
2. **Document.** The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) and includes computer records in any format. A draft or non-identical copy is a separate document within the meaning of this term.
3. **Communication.** The term "communication" means the transmittal of information in the form of facts, ideas, inquiries, or otherwise.
4. **Identify (person).** When referring to a person, "identify" means to give to the extent known the person's full name, present or last known address, and telephone number, and additionally, when referring to a natural person, the present or last known place of employment. Once a person has been identified in compliance with this paragraph, only the name of that person need be listed in response to later discovery requesting the identification of that person.
5. **Identify (document).** When referring to documents, "identify" means to give, to the extent known (a) the type of document; (b) the general subject matter; (c) the date of the document; (d) the authors, addresses, and recipients; (e) the location of the document; (f) the identity of

the person of entity who has custody of the document; and (g) whether the document has been destroyed, and, if so, the (i) date of its destruction (ii) reason for its destruction, and (iii) identity of the person who destroyed it.

## **REQUEST FOR PRODUCTION**

1. All documents that contain, mention, construe, or refer to the claims made by Plaintiff against Defendant[s] including but not limited to Officer K. Brister held by her or her employer, Defendant[s] United States of America, Department of Justice, Federal Bureau of Prisons.

2. All documents that evidence, mention, construe, or refer to the Plaintiff by Defendant Officer K. Brister, including but not limited to incident reports with supplements, statements and other investigative materials, and documents relating to Plaintiff.

3. All documents that evidence, mention or refer to Defendant K. Brister's institutional conduct or disciplinary history, including but not limited to warnings, reports (open or closed), or any other documents related to any action taken against Defendant K. Brister by the U.S. Department of Justice, Federal Bureau of Prisons, Forrest City, AR.

4. All documents written or created since 09 February, 2017, that contain, mention, construe, or refer to any inquiry, or complaint concerning the Plaintiff.

5. Any documents written electronically such as e-mails, created by Defendant K. Brister, since 26 March, 2017, that went to any other staff member, including but not limited to DHO C. Chatters or any "executive" staff member, at the institution concerning the Plaintiff, that refers in any way to his incident reports written by Defendant K. Brister on or about, 26 March, 29 March, or 30 March, 2017, through the current date.

6. All documents that evidence, mention, or refer to the claims made by Plaintiff against the Defendant[s] that may have been used to internally investigate by the Special Investigative Agent, J. Linn, or any other employee of the U.S. Department of Justice, (including Internal Affairs) made by any (inmate or employee) against Defendant K. Brister.

7. All other documents, items of evidence, or sworn or unsworn statements or affidavits that relate

to the allegations made in Plaintiffs complaint.

Respectfully submitted this 10th day of March, 2018,

/s/ Tony L. Hamilton
Tony L. Hamilton
Reg. No. 12422-017
PO BOX 9000
Forrest City, AR. 72336

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was sent via U.S. Mail on this 13th day of November, 2017, to the following:

1. Mrs. Jamie Goss-Dempsey
   Asst. United States Attorney
   P.O. BOX 1229
   Little Rock, AR 72203-1229

2. Mr. Vandell Bland, Sr.
   Bland Law Office
   P.O. BOX 2672
   Forrest City, AR 72336-2672

/s/ Tony L. Hamilton
Tony L. Hamilton
Reg. No. 12422-017
PO BOX 9000
Forrest City, AR. 72336