IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DISTRICT


TONY L. HAMILTON,  REG #12422-017                    PLAINTIFF

V.                                          2:17cv-00022-DPM-JTK

KRISTINA BRISTER                                          DEFENDANT


**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO PROHIBIT  DEFENDANT FROM CALLING WITNESSES AND OFFERING EVIDENCE  AND REQUEST FOR SPOLIATION INSTRUCTION**

Defendant, Kristina Brister, by and through her attorney, Vandell Bland, Sr. for her response to Plaintiff's Motion in Limine and Request for Spoilation Instructions does state:

1.  The Discovery that the Plaintiff requested in his Request for Productions is not in the possession or control of Kristina Brister.

2.  The Defendant has no witnesses to call or evidence to present other than the testimony that Kristina Brister offered at the Depostition.  The Defendant does not object to the Plaintiff's motion to prohibit her from calling witnesses nor that the production of documents that they asked her for not be presented.  As she said in her deposition, if they exist, she doesn't have them.

Respectfully submitted,

 /s/  VandellBland,Sr.92062
306 North Forrest
St. P.O. Box 2672
Forrest City, AR  72336
870.633.2538
e-mail: vandellbland@yahoo.com


## CERTIFICATE OF SERVICE

A copy of the foregoing document was filed by electronic posting via the CM/ECF system on June 26, 2019, which shall send notification per the rules of said system to Stuart P. Miller, attorney for the Plaintiff.


 /s/  VandellBland,Sr.92062
306 North Forrest
St. P.O. Box 2672
Forrest City, AR  72336
870.633.2538
e-mail: vandellbland@yahoo.com