IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DISTRICT

TONY L. HAMILTON,  REG #12422-017                    PLAINTIFF

V.                                          2:17cv-00022-DPM-JTK

KRISTINA BRISTER                                      DEFENDANT

## DEFENDANT'S TRIAL BRIEF

Comes Defendant, Kristina Brister, by and through her attorney, Vandell Bland, Sr., and for her court-ordered Trial Brief states:

## FACTS

Per Document 13 and further clarified in Document 67, the Plaintiff has sued the Defendant Brister for a State Law Claim of Negligence and a Constitutional Claim for Intentional Infliction of Emotional Distress.  The remedies that the Plaintiff desires are  moot in that he is no longer incarcerated and none of the things that he feared actually  happened.  The plaintiff asked that the policies of the Federal Bureau of Prisons be  amended to make it easier to address grievances, an injunction against retaliation, that  Defendant be transferred to an area that would not influence he or witnesses, to not be removed from his unit, to keep his prison job, and that he be sent to a halfway house for the 12 month period he was

statutorily eligible for.  All of this happened and now he lives in Florida a free man.

## LACK OF JURISDICTION

This Court does not have jurisdiction over the remaining state claims (See Doc No. 8 Plaintiff's motion to clarify that he is suing Defendant Brister based on State law claims only and Doc No. 8 Where that Motion was granted).  The Bivens claim did not survive the Order of Doc No. 8 and was spurious to begin with.  Even taking the facts as plead as true, they do not reach violations of The Eighth or First Amendments.

                                            Respectfully submitted,

                                            Vandell Bland, Sr. #92062
                                            Attorney for Defendant
                                            P.O. Box 2672 = 306 N. Forrest St.
                                            Forrest City, AR  72336
                                            870.633.2537
                                            vandellbland@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filling to the official court reporter and the following:
Stuart P. Miller, AR Bar No. 88137 Attorney for Plaintiff
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Ste. 200 Rogers, Arkansas 72758
Telephone:(479) 464-5670

**Vandell Bland, Sr.**