IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY L. HAMILTON
Reg #12422-017                                                                    PLAINTIFF

v.                              No. 2:17-cv-22-DPM-JTK

K. BRISTER, Officer, Individually
and in official capacities                                                        DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Motion, № 83, granted. Hamilton's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019