IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY L. HAMILTON
Reg #12422-017 PLAINTIFF

v. No. 2:17-cv-22-DPM

USA and K. BRISTER, Officer,
Individually and in official capacities DEFENDANT

## JUDGMENT

Hamilton's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019